**Motion Dismissed; Petition for Writ of Habeas Corpus Dismissed and Memorandum Opinion filed July 17, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00499-CV

---

### IN RE MICHAEL HOWARD KEY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**

---

## MEMORANDUM OPINION

On July 12, 2024, relator Michael Howard Key filed a petition for writ of habeas corpus and an emergency motion for release in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator seeks relief from the July 11, 2024 order for commitment for three days to Galveston County Jail issued by the Burnet County Court at Law, arising from an Order

holding relator in contempt for failure to pay child support. Relator contends the orders are void and requests that he be released from custody.

Relator attached to the appendix to his petition as Exhibit D, "proof that he is being restrained," which appears to be a screenshot of "Galveston County Consortium" website, indicating relator was arrested on July 12, 2024 based on an out of county warrant (Burnet County).

As of July 16, 2024, however, relator is no longer in jail. As such, we dismiss relator's petition for writ of habeas corpus. Additionally, we dismiss relator's emergency motion for release as moot.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Poissant.